UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.  5:20-cv-84-TBR

PATTI'S HOLDING COMPANY, LLC;
PATTI'S ENTERPRISES, LLC;
WILLIAM G. TULLAR, JR.; AND
MICHAEL LEE GRIMES                                                                    PLAINTIFFS

VS.

ZURICH AMERICAN INSURANCE COMPANY                                      DEFENDANT

**PETITION FOR REMOVAL**

Pursuant to 28 USC Section 1441 and Section 1446, defendant Zurich American Insurance Company hereby removes this action from the Circuit Court of Livingston County, Kentucky to the United States District Court for the Western District of Kentucky at Paducah.  In support of this removal, the defendant states as follows:

1. On or about May 1, 2020, Plaintiffs Patti's Holding Company, LLC, Patti's Enterprises, LLC, William G. Tullar, Jr., and Michael Lee Grimes, commenced this action against Defendant Zurich American Insurance Company by filing a Complaint in the Livingston Circuit Court, Civil Action No. 20-CI-00033.  A true and correct copy of the Summons and Complaint are filed herein as Exhibit A.  In accordance with the Kentucky Rules of Civil Procedure, Plaintiffs have listed their damages as unliquidated.  However, it is unequivocal but that the damages listed are in excess of $75,000, the jurisdictional limits of this Court.

Defendant Zurich American Insurance Company was served by and through its agent for service of process on or about May 1, 2020.  As such, this Petition for Removal is

being filed within 30 days of service of process.

2. This Notice of Removal is therefore filed within 30 days of the filing of said civil action and within 30 days of the defendant being served with process and notification that the plaintiffs' damages exceed the jurisdictional limits of this Court. As such, this Notice of Removal is timely pursuant to 28 USC Section 1446(b).

3. In the Complaint, Plaintiffs seek to recover monetary damages and other remedies arising from a fire loss causing damage to real and personal property at "Patti's 1880's Settlement" in Livingston County, Kentucky.

4. This Court has original jurisdiction over this action under 28 U.S.C. Section 1332 (diversity jurisdiction) and the matter may be removed to this Court pursuant to 28 U.S.C. Section 1441 because it is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs and the defendant is of different citizenship from the plaintiffs. The damages sought by Plaintiffs are in excess of $75,000. Accordingly, this Defendant has a good faith belief that the damages sought are in excess of the jurisdictional limits of this Court.

5. This action is between citizens and domiciles of different states because Plaintiffs are citizens of the Commonwealth of Kentucky, while Defendant is a New York corporation with its principle place of business located at Schaumburg, Illinois. 28 U.S.C. Section 1332(c)(1).

### Citizenship of Plaintiffs

Plaintiff Patti's Holding Company, LLC is a Kentucky Limited Liability Company with principal place of business in Grand Rivers, Kentucky. The only members of Plaintiff Patti's Holding Company, LLC are William G. Tullar, Jr., an individual resident of Kentucky, and

Michael Lee Grimes, an individual resident of Kentucky. Accordingly, Patti's Holding Company, LLC is a citizen of Kentucky for purposes of determining diversity under 28 U.S.C. § 1332(c) (1).

Plaintiff Patti's Enterprise, LLC is a Kentucky Limited Liability Company with principal place of business in Grand Rivers, Kentucky. The sole owner of Plaintiff Patti's Enterprise, LLC is Patti's Holding Company, LLC. Accordingly, Patti's Enterprise, LLC is a citizen of Kentucky for purposes of determining diversity under 28 U.S.C. § 1332(c) (1).

Plaintiff William G. Tullar, Jr. is an individual resident of Kentucky and therefore is a citizen of Kentucky for purposes of determining diversity under 28 U.S.C. § 1332.

Plaintiff Michael Lee Grimes is an individual resident and therefore is a citizen of Kentucky for purposes of determining diversity under 28 U.S.C. § 1332.

### Citizenship of Defendant

Defendant Zurich American Insurance Company is a New York corporation with a statutory home office located at 4 World Trade Center, 150 Greenwich Street, New York, NY 10007, and its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196. Accordingly, Zurich American Insurance Company is a citizen of New York and Illinois for purposes of determining diversity under 28 U.S.C. § 1332(c) (1).

6. The undersigned counsel will promptly give notice of the filing of this Notice of Removal to all adverse parties, and will also file a copy of this notice of removal with the Clerk of the Livingston Circuit Court as required by 28 U.S.C. Section 1446(d).

7. Plaintiffs' claim for contracted for damages, as well as damages for bad faith, and Unfair Claims Settlement Practices Act and punitive damages, all of which as pled in the Complaint, exceeds $75,000 exclusive of interest and costs. As such, this Court has

subject matter jurisdiction over this claim.

WHEREFORE, Defendant Zurich American Insurance Company hereby removes this action to the United State District Court for the Western District of Kentucky, Paducah Division pursuant to 28 U.S. C. Section 1441(a).

Respectfully submitted,

BOEHL STOPHER & GRAVES, LLP

/s/ Richard L. Walter
Richard L. Walter
410 Broadway
Paducah, KY 42001
(270) 442-4369
(270) 442-4689 fax
rwalter@bsgpad.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May 2020, I electronically filed with the clerk of court by using the CM/ECF system, the foregoing document which will send a notice of electronic filing to the following:

E. Frederick Straub, Jr., Esq.
Whitlow Roberts Houston & Straub, PLLC
PO Box 995
Paducah, KY  42002-0995

And via US Mail on

Debbie Harp Knoth
Livingston Circuit Court
PO Box 160
Smithland, KY  42081

/s/ Richard L. Walter
Richard L. Walter
