UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:20-CV-84-TBR

PATTI'S HOLDING COMPANY, LLC     PLAINTIFFS
PATTI'S ENTERPRISES, LLC;
WILLIAM G. TULLAR, JR.,; AND
MICHAEL LEE GRIMES

v.    **PATTI'S ENTERPRISES LLC RULE 26 INITIAL DISCLOSURES**
(electronically filed)

ZURICH AMERICAN INSURANCE COMPANY     DEFENDANT


The plaintiffs, by and through counsel, submit the following initial disclosures pursuant to F.R.C.P. 26(a)(1). Plaintiffs make these initial disclosures based upon information available at this time and reserves the right to supplement their disclosures as discovery proceeds. Plaintiffs do not waive the right to object to the admission of any document or witness disclosed in these disclosures or in the disclosures of any other party. This initial disclosure is provided under the assumption that the claims in the complaint for extra-contractual damages will be bifurcated and discovery and trial of those issues will be separate and additional disclosures required at that time.

**Rule 26 (a)(1)A(i): Individuals likely to have discoverable information**.

1. Chip Tullar, plaintiff
2. Michael Lee Grimes, plaintiff
3. Patrick Kerr, and/or staff, architect
4. Anita Kerr
5. Dennis Smith, employees, contractors and staff, Pinnacle Construction
6. Darren Smith, Pinnacle

7. Mohammed Mourad

8. Mark Graves, Zurich

9. Billy Inman, Inman Foodservices Group

10. Charlie Watts, Atlantic Estimating

11. Bob Harrington, Rollins Accounting and Inventory Services

12. Thomas Keuler

13. Betsy Flynn, CFSB

14. Ann Martin, Patti's

15. Bill Gary

16. Terri Vaughn

17. Mark Bayers, Assured Partners

18. Brad Thomas, Assured Partners

19. James Twaddell and staff, GGG Adjusters

20. Keith Henderson, GGG

21. Ron Bacon, Bacon, Farmer, Workman Engineering

22. JS Held, employees, contractors, estimators and staff

23. Kevin Howard

24. Chris Ford

25. Joseph Craft, CPA

26. Audie Craft

27. Jim Conn

28. Tom Moodie

29. Brian McDonald

30. Terry Cobb

31. Mitzi Prather

32. Jeff DeWeese

33. Judy Parsons

34. Garrett Gruber

35. Carl Crockett

36. Debbie Crockett

37. Paul Myrick

38. Betty Myrick

39. David Loveless

40. Hayes Walker, Rollins

41. Jan Shipley

42. David McGowan

43. James Hunt

44. Bill Minihan

45. Bill Simerall

46. Ed Akers

47. Eric Jackson

48. Mike & Janie Akins

49. Joe Owen

50. Kurt Sutterer

51. Mark Sunderman

52. Robert Kemp

53. Steve Spradlin

54. Wes McGregor

55. Steve Beshear

56. Ron Schwartz

**Rule 26 (a)(1)A(ii):  Documents and tangible things.**

1. Policy of insurance referenced in the complaint

2. Multiple photographs and video recordings of the premises in question before and after the fire.

3. Architectural plans

4. All invoices from the contactor supported with vendor invoices

5. All statements or proofs of loss

6. All estimates for repair and rebuild used by the parties in the evaluation of this claim after the fire

7. All payment applications to Pinnacle

8. Proof of payment

9. Communications between the parties, contractors, adjustors and insurance representatives

**Rule 26 (a)(1)A(iii):  Computation of damages.**

Pursuant to the applicable policy of insurance, Zurich is obligated to pay to Patti's Enterprises, LLC, the following:

1. In the event of loss or damage covered by this Commercial Property Coverage Part, at our option, we will either:

    a. Pay the amount of the loss or damage;

    b. Pay the cost of repairing or replacing the lost or damaged property;

    c. Take all or any part of the property at an agreed or appraised value; or

    d. Repair, rebuild, or replace the property with other property of like kind and quality.

Page 3 of 7 Commercial Property Conditions

>   Rebuilding and replacing is defined in the policy as follows:

b. **Rebuild Cost**

The cost to rebuild the "real property" or "personal property" at the time of direct physical loss or damage with new materials of like kind and quality, of similar size, for the same use or occupancy, and in compliance with all applicable zoning, land use, or construction codes in force at the time of loss or damage. Unless otherwise required at the time of loss by the applicable codes, this cost will be based on rebuilding at the same location where the loss occurred.

c. **Replace Cost**

The cost to replace the "real property" or "personal property" at the time of direct physical loss or damage with new materials of like kind and quality, of similar size, for the same use or occupancy, and in compliance with all applicable zoning, land use, or construction codes in force at the time of loss. Unless otherwise required at the time of loss by the applicable codes, this cost will be based on replacing at the same location where the loss or damage occurred.

If property of the same kind and quality is no longer available, we will pay to replace it with other property of similar quality and function, including property of greater processing capacity.

Page 14 of 19 Commercial Property Definitions

As a result of the fire, the premises were declared a total loss and Patti's chose to rebuild and replace the real and personal property. The final costs of rebuilding and replacing have not been determined as the final steps of construction have not yet been completed. Zurich has in its possession all supporting documentation.

According to estimates and costs compiled to date, Patti's is demanding as follows pursuant to the policy:

   1. Personal Property loss:   $3,092,143.00

   2. Real Property loss:   $7,852,118.65

Zurich would be entitled to an offset for what has been previously paid toward these losses.

**Rule 26 (a)(1)A(iv) Insurance Agreements.**  Not applicable; Zurich should provide**.**

WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
Attorneys for Plaintiffs.

BY:   /s/ E. Frederick Straub, Jr.
E. Frederick Straub, Jr., Esq.
300 Broadway
Post Office Box 995
Paducah, Kentucky 42002-0995
Telephone:  (270) 443-4516
Facsimile:  (270) 442-1712
rstraub@whitlow-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2020, I electronically filed the foregoing with the clerk of the court by using the KYeCourts filing system which will provide electronic notice to:

Richard L. Walter, Esq., Boehl Stopher & Graves, LLP; 410 Broadway, Paducah, KY 42001, *Attorneys for Plaintiff*

 /s/ E. Frederick Straub, Jr.
E. Frederick Straub, Jr., Esq.