UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:20-CV-84-TBR

PATTI'S HOLDING COMPANY, LLC                                           PLAINTIFFS
PATTI'S ENTERPRISES, LLC;
WILLIAM G. TULLAR, JR.,; AND
MICHAEL LEE GRIMES

v.                              **NOTICE OF SERVICE**
                                  (electronically filed)

ZURICH AMERICAN INSURANCE COMPANY                                       DEFENDANT

    Please take notice that on July 23, 2020, undersigned counsel for the Plaintiffs served their First Set of Interrogatories, Requests for Production of Documents and Requests for Admission to Defendant via U.S. Mail.

                WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
                Attorneys for Plaintiffs.

        BY:   /s/ E. Frederick Straub, Jr.
                E. Frederick Straub, Jr., Esq.
                300 Broadway
                Post Office Box 995
                Paducah, Kentucky 42002-0995
                Telephone:  (270) 443-4516
                Facsimile:  (270) 442-1712
                rstraub@whitlow-law.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of July, 2020, I electronically filed the foregoing with the clerk of the court by using the KYeCourts filing system which will provide electronic notice to:

    Richard L. Walter, Esq., Boehl Stopher & Graves, LLP; 410 Broadway, Paducah, KY 42001, *Attorneys for Plaintiff*

                /s/ E. Frederick Straub, Jr.
                E. Frederick Straub, Jr., Esq.