UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:20-CV-84-TBR

PATTI'S HOLDING COMPANY, LLC                                         PLAINTIFFS
PATTI'S ENTERPRISES, LLC;
WILLIAM G. TULLAR, JR.,; AND
MICHAEL LEE GRIMES

v.

ZURICH AMERICAN INSURANCE COMPANY                          DEFENDANT

## NOTICE OF FILING

Notice is hereby given that the defendant, Zurich American Insurance Company, has

this date served its Answers to Plaintiff's Interrogatories, Requests for Production and

Requests for Admissions.     A copy of said notice has been served upon all counsel of

record in the above-styled action.   The original of said document is kept in the custody and

possession of undersigned counsel's office.


Respectfully submitted,

BOEHL STOPHER & GRAVES, LLP

/s/ Richard L. Walter
Richard L. Walter
410 Broadway
Paducah, KY 42001
(270) 442-4369
(270) 442-4689 fax
rwalter@bsgpad.com
ATTORNEYS FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed electronically upon the following on this the 27th   day of August 2021.

E. Frederick Straub, Jr., Esq.
Whitlow Roberts Houston & Straub, PLLC
PO Box 995
Paducah, KY  42002-0995

/s/ Richard L. Walter
Richard L. Walter