UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:20-CV-84-TBR

PATTI'S HOLDING COMPANY, LLC;
PATTI'S ENTERPRISES, LLC;
WILLIAM G. TULLAR, JR.; AND
MICHAEL LEE GRIMES                                                                         PLAINTIFFS

v.

ZURICH AMERICAN INSURANCE COMPANY                                                DEFENDANT

### PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs Patti's Holding Company, LLC, Patti's Enterprises, LLC, William G. Tullar, Jr., and Michael Lee Grimes ("Plaintiffs") hereby move the Court to enforce the Settlement Agreement between the parties and require Defendant Zurich American Insurance Company ("Zurich") to pay four million, five hundred thousand dollars ($4,500,000.00) to resolve the claims for loss of real estate and business personal property, as defined in the policy. A supporting memorandum and proposed order accompany this motion.

                                                    Respectfully Submitted,

                                                    WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
                                                    *Attorneys for Plaintiffs*

                                   BY:    /s/ E. Frederick Straub, Jr.
                                              E. Frederick Straub, Jr., Esq.
                                              Matthew S. Eddy, Esq.
                                              300 Broadway
                                              Post Office Box 995
                                              Paducah, Kentucky 42002-0995
                                              Telephone:  (270) 443-4516
                                              Facsimile:  (270) 442-1712
                                              rstraub@whitlow-law.com
                                              meddy@whitlow-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 6th day of April, 2022, electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Richard L. Walter, Esq., rwalter@bsgpad.com, Boehl Stopher & Graves, LLP; 410 Broadway, Paducah, KY 42001, *Attorney for Defendant.*

                                              /s/ E. Frederick Straub, Jr.
                                              E. Frederick Straub, Jr.